# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Meryl Brodsky, Plaintiff

(List the full name(s) of the plaintiff(s)/petitioner(s).)

15 CV 3469 (GBD)(DCF)

-against-

**NOTICE OF APPEAL**

The New York City Campaign Finance Board, Defendant

(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 22 2016

Notice is hereby given that the following parties: _____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: March 31, 2016

(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 22, 2016
Dated

Meryl Brodsky
Signature

Brodsky, Meryl
Name (Last, First, MI)

150 East 61st Street, #11-k, New York, N.Y. 10065
Address / City / State / Zip Code

212-866-2105
Telephone Number

meryl7C@verizon.net
E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

```
Court Name: District Court
Division: 1
Receipt Number: 465401151100
Cashier ID: Clapsley
Transaction Date: 04/22/2016
Payer Name: MERYL BRODSKY
---
NOTICE OF APPEAL/DOCKETING FEE
 For: MERYL BRODSKY
 Amount:         $505.00
---
CREDIT CARD
 Amt Tendered: $505.00
---
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:       $0.00

15CV3469(GBD)
```

RECEIVED
SDNY PRO SE OFFICE
2016 APR 22 PM 2: 19
S.D. OF N.Y.

CLOSED,APPEAL,CASREF,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:15–cv–03469–GBD–DCF

| | |
|---|---|
| Brodsky v. Carter | Date Filed: 05/04/2015 |
| Assigned to: Judge George B. Daniels | Date Terminated: 03/31/2016 |
| Referred to: Magistrate Judge Debra C. Freeman | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Meryl Brodsky**
*Elect Meryl Brodsky to the New York City Council 2005*

represented by **Meryl Brodsky**
150 East 61st Street
11K
New York, NY 10065
212/866–2105
Email: meryl7@verizon.net
PRO SE

V.

**Defendant**

**Zachary W. Carter**
*Corporation Counsel for the City of New York, on behalf of the New York City Campaign Finance Board*

represented by **Carolyn Elizabeth Kruk**
NYC Law Department
100 Church Street Rm.
New York, NY 10007
(212)–356–0893
Fax: (212)–788–0940
Email: ckruk@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marilyn Richter**
Corp. Counsel of the City of NY
100 Church Street
New York, NY 10007
(212)788–0931
Fax: 212 788–0940
Email: mrichter@law.nyc.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2015 | 1 | COMPLAINT against Zachary W. Carter. (Filing Fee $ 350.00, Receipt Number 465401124386)Document filed by Meryl Brodsky.(rdz) (Additional attachment(s) added on 5/6/2015: # 1 Exhibit) (rdz). (man). (Entered: 05/05/2015) |
| 05/04/2015 | | SUMMONS ISSUED as to Zachary W. Carter. (rdz) (Entered: 05/05/2015) |
| 05/04/2015 | | Magistrate Judge Debra C. Freeman is so designated. (rdz) (Entered: 05/05/2015) |
| 05/04/2015 | | Case Designated ECF. (rdz) (Entered: 05/05/2015) |
| 05/07/2015 | 2 | PRO SE PRETRIAL CONFERENCE: Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Judge Debra C. Freeman, for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally. All correspondence to the Court should be addressed to the chambers of Magistrate Judge Debra C. Freeman. Any procedural questions by Pro Se plaintiff |

| | | |
|---|---|---|
| | | should be addressed to the Pro Se Office at (212) 805–0176. SO ORDERED. (Signed by Judge George B. Daniels on 5/06/2015) (ama) (Entered: 05/07/2015) |
| 05/07/2015 | 3 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Debra C. Freeman. SO ORDERED. (Signed by Judge George B. Daniels on 5/07/2015) (ama) (Entered: 05/07/2015) |
| 07/01/2015 | 5 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Meryl Brodsky consents to receive electronic service via the ECF system. Document filed by Meryl Brodsky.(sc) (Entered: 07/01/2015) |
| 07/01/2015 | 6 | SUMMONS RETURNED EXECUTED. Summons and Complaint served. Zachary W. Carter served on 6/30/2015, answer due 7/21/2015. Service was accepted by B. Mazyck, Legal Clerk, NYC Corporation Counsel. Document filed by Meryl Brodsky. (sc) (Entered: 07/01/2015) |
| 07/01/2015 | 7 | LETTER addressed to Magistrate Judge Debra C. Freeman from Meryl Brodsky, dated 7/1/15 re: Plaintiff informs the Court that, in the Civil Docket for Case #: 1:15–cv–03469–GBD–DCF, the "Nature of Suit: 370 Fraud or Truth–in–Lending" should be "..370 Fraud," not "Truth–in–Lending." Document filed by Meryl Brodsky.(sc) (Entered: 07/08/2015) |
| 07/20/2015 | 8 | FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 1 Complaint addressed to Magistrate Judge Debra C. Freeman from Marilyn Richter dated July 20, 2015. Document filed by Zachary W. Carter.(Richter, Marilyn) (Entered: 07/20/2015) |
| 07/21/2015 | 9 | ORDER granting 8 Letter Motion for Extension of Time to File Response/Reply. SO ORDERED. (Signed by Magistrate Judge Debra C. Freeman on 7/21/2015) (kgo) (Entered: 07/21/2015) |
| 07/21/2015 | | Set/Reset Deadlines: Zachary W. Carter answer due 8/20/2015. (kgo) (Entered: 07/21/2015) |
| 07/23/2015 | 10 | SCHEDULING ORDER: Initial Conference set for 9/15/2015 at 10:30 AM in Courtroom 17A, 500 Pearl Street, New York in the United States Courthouse, NY 10007 before Magistrate Judge Debra C. Freeman. (As further set forth in this Order.) (Signed by Magistrate Judge Debra C. Freeman on 7/23/2015) Copies Sent By Chambers. (mro) (Entered: 07/23/2015) |
| 08/20/2015 | 11 | MOTION to Dismiss *the Complaint*. Document filed by Zachary W. Carter.(Kruk, Carolyn) (Entered: 08/20/2015) |
| 08/20/2015 | 12 | MEMORANDUM OF LAW in Support re: 11 MOTION to Dismiss *the Complaint*. . Document filed by Zachary W. Carter. (Kruk, Carolyn) (Entered: 08/20/2015) |
| 08/20/2015 | 13 | DECLARATION in Support re: 11 MOTION to Dismiss *the Complaint*.. Document filed by Zachary W. Carter. (Attachments: # 1 Exhibit A (N.Y. Sup. Ct., June 27,2007), # 2 Exhibit B (869 N.Y.S.2d 508 (1st Dep't, 2008), # 3 Exhibit C (N.Y. Sup. Ct., December 16, 2009), # 4 Exhibit D (N.Y. Sup. Ct., March 9, 2010), # 5 Exhibit E (N.Y. Sup. Ct., July 9, 2010), # 6 Exhibit F (N.Y. Sup. Ct., July 9, 2010), # 7 Exhibit G (914 N.Y.S.2d 629 (1st Dep't, 2011), # 8 Exhibit H (971 N.Y.S.2d 265 (1st Dep't, 2013), # 9 Exhibit I (999 N.Y.S.2d 417 (1st Dep't, 2014))(Kruk, Carolyn) (Entered: 08/20/2015) |
| 08/20/2015 | 14 | CERTIFICATE OF SERVICE of Notice of Motion to Dismiss, Memorandum of Law in Support of Defendants Motion to Dismiss, the Declaration of Carolyn E. Kruk dated August 20, 2015 (attaching Exhibits A–I), the Notice to a Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, along with a copy of all unreported decisions served on Plaintiff on August 20, 2015. Service was made by mail. Document filed by Zachary W. Carter. (Kruk, Carolyn) (Entered: 08/20/2015) |
| 09/02/2015 | 15 | DECLARATION OF MERYL BRODSKY re: in opposition to 11 MOTION to Dismiss *the Complaint*. Document filed by Meryl Brodsky. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit, # 2 Exhibit, # 3 Exhibit)(sc) (Entered: 09/03/2015) |
| 09/02/2015 | 16 | MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; re: 11 MOTION to Dismiss *the Complaint*. Document filed by Meryl Brodsky. (sc) (Entered: 09/03/2015) |
| 09/15/2015 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Initial Pretrial Conference held on 9/15/2015. (aba) (Entered: 09/15/2015) |
| 09/17/2015 | 17 | ORDER: All discovery in this action shall be stayed pending the resolution of Defendant's motion to dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure (Dkt. 11), except that Defendant is directed to make reasonable efforts to determine whether any witnesses with knowledge of the events alleged in Plaintiffs Complaint are likely to become unavailable during the pendency of the motion, and to identify any such witnesses to the Court no later than 60 days from the date of this Order. If Plaintiff needs assistance in understanding any of the procedural rules of this Court, or any aspect of this Order, Plaintiff is encouraged to contact the Court's Pro Se Office. The telephone number for the Pro Se Office is (212) 805–0175. (Signed by Magistrate Judge Debra C. Freeman on 9/17/2015) (kko) (Entered: 09/18/2015) |
| 09/23/2015 | 18 | REPLY MEMORANDUM OF LAW in Support re: 11 MOTION to Dismiss *the Complaint*. . Document filed by Zachary W. Carter. (Kruk, Carolyn) (Entered: 09/23/2015) |
| 09/23/2015 | 19 | CERTIFICATE OF SERVICE of Reply Memorandum of Law and all unreported decisions on September 23, 2015. Service was made by mail. Document filed by Zachary W. Carter. (Kruk, Carolyn) (Entered: 09/23/2015) |
| 12/15/2015 | 20 | REPORT AND RECOMMENDATION. For all of the foregoing reasons, I recommend that Defendant's motion to dismiss the Complaint (Dkt. 11) be granted. In particular, I recommend: (1) that Plaintiffs' federal claims be dismissed with prejudice, and (2) that the Court decline to exercise supplemental jurisdiction over Plaintiffs' remaining state and local claims. re: 11 MOTION to Dismiss *the Complaint* filed by Zachary W. Carter. (Objections to RRdue by 1/1/2016). (Signed by Magistrate Judge Debra C. Freeman on 12/15/2015) (rjm) (Entered: 12/16/2015) |
| 12/15/2015 | 21 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 20 Report and Recommendation. (lnl) (Entered: 12/29/2015) |
| 12/15/2015 | 22 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 20 Report and Recommendation. (lnl) (Entered: 12/29/2015) |
| 12/30/2015 | 23 | PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT &RECOMMENDATION; re: to 20 Report and Recommendations Document filed by Meryl Brodsky. (sc) (Entered: 12/30/2015) |
| 03/28/2016 | 24 | MEMORANDUM DECISION AND ORDER: Adopting 20 Report and Recommendations., Finally, Brodsky objects to the Report's recommendation that this Court decline to exercise supplemental jurisdiction over the Plaintiffs' state and local–law claims. (Plaintiffs' Objections at 7–8.) Declining to exercise supplemental jurisdiction over solely state and local–law claims is particularly appropriate here where Brodsky has already litigated related claims in state court. This Court agrees with the Report's recommendation, and declines to exercise supplemental jurisdiction over Plaintiffs' state and local–law claims. (Report at 28–30.) This Court agrees with the Report's recommendation to dismiss this case in its entirety. The Clerk of Court is directed to close the above–captioned action. SO ORDERED. (Signed by Judge George B. Daniels on 3/28/2016) (ama) (Entered: 03/28/2016) |
| 03/28/2016 | | Transmission to Judgments and Orders Clerk. Transmitted re: 24 Order Adopting Report and Recommendations,,,, to the Judgments and Orders Clerk. (ama) (Entered: 03/28/2016) |
| 03/31/2016 | 25 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Memorandum Decision and Order dated March 28, 2016, the Report is adopted; Brodsky's objections are overruled, and Plaintiff's Section 1983 claims are time barred; the |

| | | |
|---|---|---|
| | | Board's motion to dismiss the federal claims under Rule 12(b)(6) is granted; the Board's motion on Rule 8 grounds is denied; the Court declines to exercise supplemental jurisdiction over Plaintiff's state and local–law claims, and this case is dismissed in its entirety; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/31/2016) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 03/31/2016) |
| 03/31/2016 | | Transmission to Docket Assistant Clerk. Transmitted re: 25 Clerk's Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 03/31/2016) |
| 03/31/2016 | | Mailed notice of Right to Appeal re: 24 Order Adopting Report and Recommendations, 25 Clerk's Judgment, to Meryl Brodsky 150 East 61st Street 11K New York, NY 10065. (ca) (Entered: 03/31/2016) |
| 04/22/2016 | 26 | NOTICE OF APPEAL from 24 Order Adopting Report and Recommendations, 25 Clerk's Judgment. Document filed by Meryl Brodsky. Filing fee $ 505.00, receipt number 465401151100. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 04/25/2016) |
| 04/25/2016 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 26 Notice of Appeal. (tp) (Entered: 04/25/2016) |
| 04/25/2016 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 26 Notice of Appeal, filed by Meryl Brodsky were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/25/2016) |