### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Brodsky v. Carter**  Docket No.: **16-1283**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jonathan A. Popolow**

Firm: **New York City Law Department**

Address: **100 Church Street, New York, NY 10007**

Telephone: **(212) 356-4084**   Fax: **(212) 356-2509**

E-mail: **jpopolow@law.nyc.gov**

Appearance for: **New York City Campaign Finance Board / Defendant-Appellee**
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: **Zachary W. Carter / New York City Law Department**)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: **/s/ Jonathan A. Popolow**

Type or Print Name: **JONATHAN A. POPOLOW**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Brodsky**

v.

**Carter**

**CERTIFICATE OF SERVICE***

Docket Number: **16-1283**

I, **Jonathan A. Popolow** (print name), hereby certify under penalty of perjury that on **April 27, 2016** (date), I served a copy of **Notice of Appearance**

(list all documents)

by (select all applicable)**

___ Personal Delivery  **X** United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Meryl Brodsky | 150 East 61st Street, apt. 11K | New York | NY | 10065 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**April 27, 2016**
Today's Date

**/s/ Jonathan A. Popolow**
Signature

Certificate of Service Form (Last Revised 12/2015)