## CORRECTED CAPTION

ATTACHED (NEXT PAGE) IS A TRUE AND CORRECT COPY OF
A DECISION, MARCH 28, 2016 (J. DANIELS), PAGE 1, FOOTNOTE 1,
CHANGING THE CAPTION.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| **MERYL BRODSKY,** | |
| Petitioner-Appellant, | |
| -against- | Docket No. 16-1283-cv |
| **THE NEW YORK CITY CAMPAIGN FINANCE BOARD,** | |
| Defendant-Appellee. | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MERYL BRODSKY,

      Plaintiff,

   -against-

THE NEW YORK CITY CAMPAIGN FINANCE
BOARD,

      Defendants.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

15-cv-03469 (GBD) (DCF)

GEORGE B. DANIELS, District Judge:

On May 4, 2015, *pro se* Plaintiff Meryl Brodsky ("Brodsky"), a former candidate for the New York City Council, along with her political committee, "Elect Meryl Brodsky to the New York City Council 2005" (collectively, "Plaintiffs"), filed this action against Defendant, The New York City Campaign Finance Board ("Board").[1] (Complaint, (ECF No. 1).) The Complaint alleges that the Board violated Plaintiffs' rights by requiring the repayment of $35,850 in funds Plaintiffs had received through the matching campaign funds program established by the New York City Campaign Finance Act. (Complaint, (ECF No. 1).) The Complaint further alleges that the Board acted improperly and violated Plaintiffs' rights in its efforts to recover the funds. (*Id.*)

This Court referred this action to Magistrate Judge Freeman. (Order of Reference to a Magistrate Judge, (ECF No. 3).) The Board then moved to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), arguing that the claims were inadequately pleaded, precluded by decisions

---

[1] Brodsky had originally identified the Defendant in the caption of the Complaint as "Zachary W. Carter, Corporation Counsel for the City of New York, on Behalf of the New York City Campaign Finance Board." The Board alone, however, is the appropriate defendant in this action. (Report and Recommendation ("Report"), (ECF No. 20) at 1 n.1; *see* Plaintiff's Objections to Magistrate Judge's Report and Recommendation ("Plaintiff's Objections"), (ECF No. 23), at 1 (substituting the Board for Carter as the defendant).)