**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 04, 2016
Docket #: 16-1283cv
Short Title: Brodsky v. Carter

DC Docket #: 15-cv-3469
DC Court: SDNY (NEW YORK CITY)
DC Judge: Freeman
DC Judge: Daniels

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8526.