NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Brodsky v., NYC Campaign Finance Board          Docket No.: 16-1283

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Fay  Ng

Firm: New York City Law Department

Address: 100 Church Street

Telephone: (212) 356-0843          Fax: (212) 356-2509

E-mail: FNg@law.nyc.gov

**Appearance for:** appellee NYC Campaign Finance Board
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: Jonathan A. Popolow/Corporation Counsel,NYC Law Dept. )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 9/2/2014 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: Fay S. Ng
Digitally signed by Fay S. Ng
DN: cn=Fay S. Ng, o, ou=NYC Law Department,
email=FNg@law.nyc.gov, c=US
Date: 2016.08.26 09:55:38 -04'00'

Type or Print Name: Fay S. Ng