# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**BRODSKY**

v.

NYC Campaign Finance Bd

**CERTIFICATE OF SERVICE***

Docket Number: 16-1283

I, __Fay Ng__, hereby certify under penalty of perjury that
(print name)

on __August 26, 2016__ I served a copy of __Notice of Appearance__
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     _xx_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Meryl Brodsky | 150 E. 61st St Apt.11K | NY | NY | 10065 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__8/26/2016__          __Fay S. Ng__
Today's Date           Signature

Digitally signed by Fay S. Ng
DN: cn=Fay S. Ng, o, ou=NYC Law Department, email=FNg@law.nyc.gov, c=US
Date: 2016.08.26 10:35:16 -04'00'

Certificate of Service Form (Last Revised 12/2015)