**MERYL BRODSKY**
150 EAST 61ST STREET, #11-K
NEW YORK, NEW YORK 10065
TELEPHONE/FAX: (212) 866-2105
EMAIL: meryl7@verizon.net

September 8, 2016

BY HAND

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Brodsky v. Carter, No. 16-1283-cv

Dear Ms. O'Hagan Wolfe:

I am pro se Appellant in the above-captioned case. I requested permission from the Case Manager, Ms. Khadijah Young, to submit corrected copies, applying the official caption of the court to my appendix cover and brief because I substituted "Petitioner" for "Plaintiff." Since only limited cases in the U.S. Court of Appeals, Second Circuit are petitioners, *e.g.*, certain prisoner, immigration, disability, etc., and I am not, I would regret any confusion this may cause. Although I have corrected the brief to state "Plaintiff" throughout, I have made no further changes. Thus, I request your permission to file the corrected copies.

Please reach me at 212-866-2105; meryl7@verizon.net if there are any questions. I appreciate your courtesy in this matter.

Yours truly,

Meryl Brodsky

cc: Jonathan A. Popolow
    Fay Ng
    Khadijah Young

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**CERTIFICATE OF SERVICE***

Meryl Brodsky, Elect Meryl Brodsky to
the New York City Council 2005,

          Plaintiff-Appellant

Docket Number: __16-cv-1283__

      v.

Zachary Carter, Corporation Counsel for
the City of New York, on behalf of the
New York City Campaign Finance Board,

          Defendant-Appellee

---

    I, __Meryl Brodsky__, hereby certify under penalty of perjury that
          (print name)
on   __September 8, 2016__, I served a copy of __Reply Brief of Plaintiff-Appellant;__
        (date)
__Corrected Covers of Appendix of Plaintiff-Appellant; Corrected Briefs of Plaintiff-Appellant; Letter__.
          (list all documents)

**by (select all applicable)****

__X__ Personal Delivery      ___ United States Mail      ___ Federal Express or other
                                                                                                               Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

Fay Sue Ng         New York City Law Department, 100 Church Street, New York, N.Y. 10007

Jonathan A. Popolow   New York City Law Department, 100 Church Street, New York, N.Y. 10007

---

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__September 8, 2016__                                /s/ Meryl Brodsky
     Today's Date                                              Signature

Certificate of Service Form (Last Revised 12/2015)

*[Stamp: RECEIVED 2016 SEP -8 PM 2:16 CLERK'S OFFICE U.S. COURT OF APPEALS]*