# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))**

---

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF.**
**IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: __Brodsky v. Campaign Finance Board__  Docket No.: __16-1283-cv__

Name of Party: __Meryl Brodsky__

Status of Party (e.g., appellant, cross-appellee, etc.): __Plaintiff-Appellant__

Check one of the three options below:

\_\_\_\_\_ I want oral argument.

__✓__ I want oral argument only if at least one other party does.

\_\_\_\_\_ I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

---

**If you want oral argument**, state the name of the person who will argue:

   Name: __Meryl Brodsky__

   (An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

_____

_____

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

---

**Filed by:**

   Print Name: __Meryl Brodsky__   Date: __September 15, 2016__

   Signature: __/s/ Meryl Brodsky__

(Revised December 2011)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Brodsky v. NYC Campaign Finance Board

**CERTIFICATE OF SERVICE***

Docket Number: 16-1283-cv

v.

I, __Meryl Brodsky__, hereby certify under penalty of perjury that
(print name)

on __September 15, 2016__, I served a copy of _____
(date)

ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))
(list all documents)

by (select all applicable)**

__X__ Personal Delivery    ___ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

Jonathan A. Popolow    100 Church Street, New York, N.Y. 10007

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

September 15, 2016      *Meryl Brodsky*
Today's Date      Signature

Certificate of Service Form (Last Revised 12/2015)