**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: December 08, 2016<br>Docket #: 16-1283cv<br>Short Title: Brodsky v. Carter | DC Docket #: 15-cv-3469<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Freeman<br>DC Judge: Daniels |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8523.